UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60199-CIV-SMITH

ANGELLA TITUS,

      Petitioner,

v.

MICHELLE KING,[1] *Commissioner of Social Security Administration*,

      Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Cross-Motions for Summary Judgment [DE 43] and Plaintiff's Objections [DE 44]. Defendant filed a response to the Plaintiff's Objections [DE 45]. In her thorough and well-reasoned Report and Recommendation [DE 43], Magistrate Judge Valle recommends that Plaintiff's Motion for Summary Judgment [DE 28] be denied, that Defendant's Motion for Summary Judgment [DE 30] be granted, and that the Administrative Law Judge's Decision be affirmed.

The Court has considered Judge Valle's Report and Recommendation, the Parties' objections thereto, and conducted a de novo review. Accordingly, it is

**ORDERED** that:

1. Judge Valle's Report and Recommendation [DE 43] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

---

[1] Michelle King became the Commissioner of Social Security on January 21, 2025.

2

2. Plaintiff's Motion for Summary Judgment [DE 28] is **DENIED**.

3. Defendant's Motion for Summary Judgment [DE 30] is **GRANTED**.

4. Plaintiff's Objections [DE 44] are **OVERRULED**.

5. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 24th day of March, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record